IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAEL GARDNER, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. GLR-15-728 |
| CENTRAL INTELLIGENCE AGENCY | * | |
| Defendant. | * | |

**MEMORANDUM OPINION**

On March 16, 2015, Plaintiff Lael Gardner filed the instant pro se Complaint. Gardner alleges the Central Intelligence Agency ("C.I.A") abducted her, committed her to a physiatrist hospital against her will, and inserted an unknown substance into her body.[1] (ECF No. 1). She seeks $2,000,000,000.00 in damages and other miscellaneous relief. (Id.). Simultaneous with the Complaint, Gardner filed a Motion for Leave to Proceed in forma pauperis. (ECF No. 2). The Motion for Leave to Proceed in forma pauperis shall be granted.

In Neitzke v. Williams, the United States Supreme Court determined that a district court may sua sponte dismiss the complaint of a pro se litigant when the complaint lacks "an arguable basis either in law or in fact." 490 U.S. 319, 324-25 (1989). Additionally, under Denton v. Hernandez, a court may dismiss as frivolous in forma pauperis complaints whose factual allegations are fanciful, fantastic, delusional, irrational, or wholly incredible, but not those which are simply unlikely. 504 U.S. 25, 32-33 (1992); see also Brock v. Angelone, 105 F.3d 952, 953-54 (4th Cir.1997).

---

[1] Gardner attached to her Complaint a copy of a March 16, 2012 Petition for Emergency Evaluation completed by a Baltimore City Police Officer seeking an evaluation of Gardner in response to threats made against the C.I.A and Police. (See Compl. Ex. 1). Also attached to the Complaint is an Application for Involuntary Admission to Johns Hopkins Hospital,

Gardner's factual statement, even construed liberally, does not support any claim under the Constitution, laws, or treaties of the United States or Maryland.  Moreover, the alleged factual basis for Gardner's claim is plainly irrational and replete with fantastic illusions.  Thus, the case will be summarily dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous.[2]  A separate Order follows.

Date: April 3, 2015

/s/

George L. Russell, III
United States District Judge

---

made by a Resident Physician.  (Id.).

[2] Gardner has filed two prior frivolous suits against the C.I.A.  See Gardner v. Central Intelligence Agency, Civil Action Nos. L-11-1126 (D. Md.) and CCB-13-3397 (D. Md.).  Civil Action No. CCB-13-3397 raised similar allegations to those made here.